```
           UNITED STATES DISTRICT COURT FOR THE
                 DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                              Criminal No. 06-cr-20-JD

<u>Mohammad Malik</u>

<u>O R D E R</u>

After reviewing the Presentence Investigation Report and the list of corporations who are entitled to restitution, I have determined that it is necessary for me to recuse myself from sentencing the defendant in this case.

SO ORDERED.

                                              /s/ Joseph A. DiClerico, Jr.
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

October 9, 2007

cc:   William E. Christie, Esquire
       Donald Feith, Esquire